

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| PUBLICACIONES E. IMPRESOS PASO DEL NORTE, S. DE R.L. DE C.V. AND PUBLICACIONES PASO DEL NORTE, S.A. DE C.V., | § | No. 08-22-00044-CV |
| | § | Appeal from the |
| | § | County Court at Law No. 3 |
| Appellants, | § | of El Paso County, Texas |
| v. | § | (TC# 2020-DCV-0919) |
| JAVIER CORRAL JURADO, | | |
| Appellee. | | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellants' and his sureties, if any, *see* TEX. R. APP. P. 43.5, on the judgment and all costs, both in this Court and the court below, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 8TH DAY OF FEBRUARY, 2023.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.